UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-53034-399 |
| Joseph S. Vacca | ) | Chapter 13 |
|     Debtor and Movant. | ) | |
| | ) | **ORDER ON MOTION TO** |
| | ) | **RETAIN TAX REFUNDS** |
| | ) | |
| JOHN V. LaBARGE, JR., | ) | **Mtn. 57** |
| | ) | |
|     Respondent. | ) | |

### CERTIFICATION OF NO RESPONSE

    The undersigned certifies that all entities entitled to notice of Debtor's Motion to Retain Tax Refunds in accordance with Local Bankruptcy Rules have been served with the foregoing motion/pleading/objection and the time for response has passed. No responses in opposition have been filed or any responses in opposition have been resolved. Movant requests the Court enter the attached Order which supercedes any prior proposed Orders.

                                            The Law Office of Tracy A. Brown, P. C.

By:  /s/
       Tracy A. Brown #61161; #47074
       LaShea C. Borden, #63418MO
       Attorneys for Debtor(s)
       1034 S. Brentwood Blvd, Suite 1830
       St. Louis, MO  63117
       tbrown@bktab.com
       (314) 644-0303
       (314) 644-0333 fax

### ORDER

    Upon Motion of Debtor to Retain Tax Refunds for Tax Years 2009 and 2010 and upon consideration as a whole, it appearing that Debtor is entitled to the relief sought in the Motion,

    **IT IS HEREBY ORDERED** that the Debtor shall retain the entire 2009 Federal tax refund in the amount of $1154.00 and also retain $386.00 from the combined 2010 Federal and State tax refund

monies;

**IT IS FURTHER ORDERED** that Debtor shall turn over the 2009 state tax refund in the amount of $133.00 to the Chapter 13 Trustee once received; and,

**IT IS FINALLY ORDERED** that the Debtor shall turn over $788.00 of the remaining refund received to the Chapter 13 Trustee.

DATED: February 7, 2013
St. Louis, Missouri 63102
lat

Barry S. Schermer
United States Bankruptcy Judge

Order prepared by:

The Law Office of Tracy A. Brown, P. C.
1034 S. Brentwood Blvd, Suite 1830
St. Louis, MO  63117

Copies mailed to:

Tracy A. Brown
Attorney for Debtor
1200 S. Big Bend Blvd.
St. Louis, MO 63117

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Joseph S Vacca, Debtor
87 Grasso Plz Box 181
St. Louis, MO 63123